## CHARLESTON.

### CIPHER v. BOWEN et al.

Submitted June 17, 1904—Decided November 15, 1904.

1. APPEAL—*Decree—Bill.*
   An appeal from a decree on a bill taken for confessed will not be entertained by this Court, unless a motion to have such decree reversed be first made and overruled by the court, or the judge thereof, that rendered it. (p. 184).

Appeal from Circuit Court, Pleasants County.

Bill by India Cipher against J. H. Bowen and others. Decree for plaintiff, and defendants appeal.

*Dismissed.*

S. M. NOYES, for appellants.

C. P. CRAIG, for appellee.

MILLER, JUDGE:

India Cipher, plaintiff below, instituted her suit and filed her bill in the circuit court of Pleasants county against J. H. Bowen, George W. Wentz, John Schauwecker, B. F. Riggs, J. B. Parker, Robert M. Clendenning, Lora M. Clendenning, George W. Brown, Laura Brown, Susan Taggart, Rosa Welty and C. W. Welty and F. P. Wingerter, executors of the last will and testament of Peter Welty, deceased, in which bill the plaintiff claimed dower in lot No. 12 in the town of St. Marys.

The bill was filed at October rules, 1901, and decree *nisi,* taken thereon. At November rules, following, the decree *nisi* was confirmed, and the cause was set for hearing.

On the 10th day of June, 1903, the following decree was made and entered by the court:

"This cause came on this day to be heard on the bill and exhibits filed, and summons *haveing* been accepted by J. B. Parker and been duly served on all the other defendants and none of the defendants appearing by pleadings or otherwise and the cause having been submitted for final decree and it appearing that the plaintiff elects to accept her dower in gross sum, and it further appearing that the value of the property described in these proceedings was of the value of $2,000.00 at the time of the alienation and that the age of the said India Cipher at the time of the death of A. P. Riggs, her husband, was forty-seven years, and that there is now due her as her dower in said property in gross sum the sum of $393.84. It is therefore adjudged, ordered and decreed that the said India Cipher do recover of the defendants in this cause the same sum of $393.84 and her costs in her behalf expended. * * *."

From this decree Rosa Welty and C. W. Welty and F. P. Wingerter, executors of Peter Welty, were allowed an appeal.

The above is a decree on a bill taken for confessed. No motion has been made in the said circuit court, or before the judge thereof in vacation to have it reversed.

Under section 6 of chapter 134 of the Code, the appeal was improvidently granted and must therefore be dismissed. *Watson* v. *Wigginton,* 28 W. Va. 533; *Miller* v. *Aracoma,* 30 W. Va. 606; *Ferguson* v. *Millender.* 32 W. Va. 30.

                                              *Dismissed.*